1

2

3

4

5

6

7

8

9

10                          **UNITED STATES DISTRICT COURT**

11                         EASTERN DISTRICT OF CALIFORNIA

12

JASDEV SINGH,                                  CASE NO. 1:12-cv-00498-LJO-SKO

13

             Plaintiff,                        **ORDER DIRECTING CLERK TO ISSUE**
                                               **SUMMONS AND CIVIL CASE**
14                                             **DOCUMENTS**
     v.

15

16   UNITED STATES DEPARTMENT                  (Doc. 5.)
     OF HOMELAND SECURITY,

17

18            Defendant.
                                          /
19

20        On April 2, 2012, Plaintiff Jasdev Singh ("Plaintiff") filed a complaint against the United

21   States Department of Homeland Security ("Defendant") asserting a claim pursuant to 5 U.S.C. §

22   552a(g).  (Doc. 1.)  Plaintiff is currently incarcerated at Adams County Correctional Complex and

23   is proceeding in this matter *in propria persona*.  On April 23, 2012, Plaintiff filed an ex parte motion

24   to expedite the issuance of summonses and to effect service.  (Doc. 5.)

25        Pursuant to Federal Rule of Civil Procedure 4(c)(3), "[a]t the plaintiff's request, the court may

26   order that service be made by the United States marshal or deputy marshal or by a person specially

27   appointed by the court."  Fed. R. Civ. P. 4(c)(3).  To effectively order service of process in this

28   matter, Plaintiff must complete the appropriate forms which the Clerk of the Court will be directed

1  to issue.  Once these forms are received, the U.S. Marshal will be ordered to serve the complaint as

2  directed by the information provided in the forms Plaintiff shall submit to the Court.

3        Accordingly, IT IS HEREBY ORDERED that:

4     1.    Plaintiff's ex parte motion for an order to issue a summons and direct service is

5           GRANTED;

6     2.    Service of Plaintiff's complaint is appropriate when service documents are submitted

7           to the Court and forwarded to the United States Marshal;

8     3.    The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one

9           summons, an instruction sheet, a notice of submission of documents form, and one

10          copy of the complaint filed on April 2, 2012; and

11    4.    Within thirty (30) days from the date of service of this order, Plaintiff is DIRECTED

12          to complete the attached notice of submission of documents and to submit the

13          completed notice to the Court with the following documents:

14          a.    Completed summons;

15          b.    One completed USM-285 form for the defendant listed above; and

16          c.    Two copies of the endorsed complaint filed in this Court.

17

18  IT IS SO ORDERED.

19  **Dated:   April 26, 2012**                    /s/ Sheila K. Oberto
                                              UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28