# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH, | CASE NO. 1:12-cv-00498-LJO-SKO |
| Plaintiff, | **ORDER DIRECTING CLERK TO ISSUE SUMMONS AND CIVIL CASE DOCUMENTS** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | (Doc. 5.) |
| Defendant. | |

On April 2, 2012, Plaintiff Jasdev Singh ("Plaintiff") filed a complaint against the United States Department of Homeland Security ("Defendant") asserting a claim pursuant to 5 U.S.C. § 552a(g). (Doc. 1.) Plaintiff is currently incarcerated at Adams County Correctional Complex and is proceeding in this matter *in propria persona*. On April 23, 2012, Plaintiff filed an ex parte motion to expedite the issuance of summonses and to effect service. (Doc. 5.)

Pursuant to Federal Rule of Civil Procedure 4(c)(3), "[a]t the plaintiff's request, the court may order that service be made by the United States marshal or deputy marshal or by a person specially appointed by the court." Fed. R. Civ. P. 4(c)(3). To effectively order service of process in this matter, Plaintiff must complete the appropriate forms which the Clerk of the Court will be directed

to issue. Once these forms are received, the U.S. Marshal will be ordered to serve the complaint as directed by the information provided in the forms Plaintiff shall submit to the Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's ex parte motion for an order to issue a summons and direct service is GRANTED;

2. Service of Plaintiff's complaint is appropriate when service documents are submitted to the Court and forwarded to the United States Marshal;

3. The Clerk of the Court is DIRECTED to send Plaintiff one USM-285 form, one summons, an instruction sheet, a notice of submission of documents form, and one copy of the complaint filed on April 2, 2012; and

4. Within thirty (30) days from the date of service of this order, Plaintiff is DIRECTED to complete the attached notice of submission of documents and to submit the completed notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for the defendant listed above; and

    c. Two copies of the endorsed complaint filed in this Court.

IT IS SO ORDERED.

**Dated:   April 26, 2012**              /s/ Sheila K. Oberto
                                         UNITED STATES MAGISTRATE JUDGE