# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH, | CASE NO. 1:12-cv-00498-AWI-SKO |
| Plaintiff, | |
| v. | **ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |

On April 2, 2012, Plaintiff Jasdev Singh ("Plaintiff") filed a complaint against the United States Department of Homeland Security ("Defendant") asserting claims pursuant to 5 U.S.C. § 552a. (Doc. 1.) Plaintiff is currently incarcerated at Adams County Correctional Complex and is proceeding in this matter *in propria persona*. On April 27, 2012, the Court found that service was to be effected pursuant to Federal Rule of Civil Procedure 4(c)(3), and ordered Plaintiff to provide information for service of process on form USM-285, sufficient copies of the complaint for service, and a notice of compliance. (Doc. 6.) Plaintiff has filed the required papers. (Doc. 8.)

Plaintiff requests that Defendant United States Department of Homeland Security be served; he also requests that the United States Attorney General; the Director of the Department of Homeland Security, Bakersfield, California; and the United States Attorney's Office, Eastern District of California be served.[1]  (Doc. 8.)  As such, the United States Marshal is directed to serve those entities.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward the following documents to the United States Marshal:

    (a) One completed and issued summons for <u>each</u> entity to be served;

    (b) One completed USM-285 form for <u>each</u> entity to be served;

    (c) One copy of the Complaint (Doc. No. 1) filed for <u>each</u> entity to be served, plus an extra copy for the Marshal;

    (d) One copy of this order for <u>each</u> entity to be served, plus an extra copy for the Marshal;

    (e) One copy of the Court's Order Re Consent or Request for Reassignment for <u>each</u> entity to be served.

2. Within ten (10) days from the date of this order, pursuant to the information provided in Plaintiff's USM-285 forms, the United States Marshal is directed to notify the person accepting service for the following entities of the commencement of this action and to request a waiver of service in accordance with the provisions of Fed. R. Civ. P. 4(d):

**United States Department of Homeland Security**

**United States Attorney General**

**Director, Department of Homeland Security, Bakersfield, California**

**United States Attorney's Office, Eastern District of California**

---

[1] This case was not screened pursuant to 28 U.S.C. § 1915 because Plaintiff paid the filing fee.  The Court takes no position as to whether Plaintiff's claims are viable, or whether the party named as defendant or the entities Plaintiff requested be served are proper.

3.      The United States Marshal is directed to retain the summons and a copy of Complaint (Doc. No. 1) in its file for future use.

4.      The United States Marshal shall file returned waivers of service as well as any requests for waivers of service that are returned as undelivered as soon as they are received.

5.      If a waiver of service is not returned by an entity within sixty (60) days of the date of mailing the request for waiver, the United States Marshal shall:

(a)     Personally serve process and a copy of this order upon the entity pursuant to Rule 4 of the Federal Rules of Civil Procedure; and

(b)     Within ten (10) days after personal service is effected, the United States Marshal shall file the return of service for the entity, along with evidence of any attempts to secure a waiver of service of process and of the costs subsequently incurred in effecting service on said entity. Said costs shall be enumerated on the USM-285 form and shall include the costs incurred by the Marshal's office for photocopying additional copies of the summons and complaint and for preparing new USM-285 forms, if required. Costs of service will be taxed against the personally served entity in accordance with the provisions of Fed. R. Civ. P. 4(d)(2).

6.      In the event that an entity makes an appearance in this action by filing an answer, dispositive motion, or other pleading, the United States Marshal Service need not personally serve that entity.

7. In the event that an entity either waived service or is personally served, that entity is required to respond to the Complaint (Doc. No. 1). 42 U.S.C. §1997e(g)(2).

IT IS SO ORDERED.

**Dated:    May 8, 2012**            /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE