BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant
UNITED STATES DEPARTMENT OF HOMELAND SECURITY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY AND DOES 1-50,<br><br>    Defendants. | 1:12-cv-00498-AWI-SKO<br><br>**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR FURTHER 15-DAY EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>(Docket No. 17) |

The U.S. Department of Homeland Security, defendant, applies under Local Rule 144(c) for a further 15-day extension of the time under Fed. R. Civ. P. 12(a)(2) for defendant's response to the complaint. The reason is that defense counsel needs more time to confer with and obtain proof from one of the agencies concerned, to formulate defendant's position, to write a responsive motion, and to obtain internal review of the motion before filing. The scheduling constraints are explained in the accompanying counsel declaration. The total period of previous extension of this time is 65 days. A suggested form of order is included in the event this application is granted.

Dated: November 16, 2012                    BENJAMIN B. WAGNER
                                            United States Attorney

                                     By:    */s/ YHimel*
                                            YOSHINORI H. T. HIMEL
                                            Assistant U.S. Attorney

<u>COUNSEL DECLARATION</u>

YOSHINORI H. T. HIMEL, under 28 U.S.C. 1746(2), declares as follows:

1. I am an Assistant United States Attorney and am assigned the captioned case.

2. By my calculation, after the initial 65-day extension of the time to respond to the complaint, response is due November 21, 2012.

3. Defendant requests this second extension to be able to complete defense counsel's consultation with another federal government law office to formulate and obtain proof for defendant's factual and legal position on one issue in response to the complaint, to finish drafting the response in conformity with that position, and to obtain and respond to internal review of the response.

4. In addition, defense counsel has three dispositive papers due November 21, 2012, including this response; an opposition to amendment and motion to sever in a second case; and a response to a voluminous objection to the Magistrate Judge's dispositive findings and recommendations in a third case.

5. In the undersigned's opinion, it will take until November 29, 2012, to arrive at defendant's position on a remaining question, obtain factual support if any, and incorporate the position in defendant's response. Then, counsel will need to submit the response for internal review, make the response final, and file it. That process is expected to take an additional week, that is, until December 6, 2012.

6. By letter dated November 13, 2012, I asked plaintiff for his position on an extension of this time. A copy of the letter is attached hereto.

7. I have not received any response from plaintiff.

8. In my opinion, the requested period of extension will suffice to perform the needed tasks. No previous request for this extension has been made or granted.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 16, 2012.

                                                  */s/ YHimel*
                                                  YOSHINORI H. T. HIMEL

# **ORDER**

Upon defendant's ex parte application, good cause having been shown, defendant's time to respond to the complaint is further EXTENDED until **December 6, 2012**.

IT IS SO ORDERED.

Dated:   **November 19, 2012**              /s/ Sheila K. Oberto
                                                                    UNITED STATES MAGISTRATE JUDGE