IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 12-CV-00498 |
| ) | |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY AND DOES 1-50 ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## DECLARATION OF RYAN LAW

1. I am the Deputy FOIA Officer of the Freedom of Information Act Office (the "ICE FOIA Office") at United States Immigration and Customs Enforcement ("ICE"). I have held this position since May 9, 2010. Prior to this position, I was a Senior Paralegal Specialist and Paralegal Specialist within the ICE FOIA Office beginning in February 2007. Prior to my employment with ICE, I was a FOIA Specialist within the Transportation Security Administration's FOIA Office beginning in September 2005. The ICE FOIA office mailing address is 500 12th Street, S.W., STOP 5009, Washington, D.C. 20536-5009.

2. The ICE FOIA Office is responsible for processing and responding to all Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and Privacy Act, 5 U.S.C. § 552a, requests received at ICE.

3. As the Deputy FOIA Officer of the ICE FOIA Office, my official duties and responsibilities include the general management, oversight, and supervision of the ICE FOIA Office. I manage and supervise a staff of ICE FOIA Paralegal Specialists, who report to me regarding the processing of FOIA and Privacy Act requests received by ICE. In connection with

my official duties, I am familiar with ICE's procedures for responding to requests for information pursuant to provisions of FOIA and the Privacy Act.

## FOIA AND PRIVACY ACT REQUIREMENTS

4. Pursuant to 6 C.F.R. Part 5 § 5.3 and 5.21, requests for access to ICE records pursuant to the FOIA and/or Privacy Act should be sent to the Department component that maintains the record; specifically, to the component's FOIA or Privacy Act Office. The address of the ICE FOIA Office is 500 12th Street, S.W., STOP 5009, Washington, D.C. 20536-5009. This declaration mentions the access request provisions first because the amendment request provisions incorporate access provisions.

5. Pursuant to 6 C.F.R. § 5.26, requests for the amendment of records pursuant to the Privacy Act should be sent to the Department component that maintains the record; specifically, to the component's Privacy Act Office. The address of the ICE Privacy Office is 500 12th Street, S.W., STOP 5009, Washington, D.C. 20536-5009. Furthermore, 6 C.F.R. § 5.21 notes that if an individual cannot determine where within the department to send a Privacy Act request, that individual can also address the request to the Departmental Disclosure Officer, Department of Homeland Security, Washington, D.C. 20528.

6. Plaintiff claims to have sent three letters purporting to be Privacy Act amendment requests to ICE. As noted in plaintiff's complaint, those letters were not addressed to the address or office necessary to be considered a proper Privacy Act request. Plaintiff's January 17, 2012 letter allegedly was sent to an ICE Enforcement and Removal Operations (ERO) at the Oakdale Processing Center, located at 1010 East Whatley Road, Oakdale, LA 71463. Plaintiff's second letter, dated February 2, 2012,

2

allegedly was sent to the LaSalle Detention Facility, located at 830 Pinehill Road, Jena, LA 71342. Lastly, plaintiff's March 13, 2012 letter allegedly was addressed to an ICE office located at 800 Truxton Ave., Suite 109, Bakersfield, California 93301. None of these letters was addressed to the ICE's Privacy Act Office, nor any addressed to the Departmental Disclosure Officer. Accordingly, even without consideration of their form or content, plaintiff's letters were not Privacy Act requests that were properly received by ICE.

7.      To ensure that all FOIA and Privacy Act requests are processed in a timely manner, the ICE FOIA Office maintains the FOIA Request Tracking System ("FOIA RTS") database that tracks the status of all ICE FOIA and Privacy Act requests. Once a FOIA or Privacy Act request is received at the ICE FOIA Office, the request is logged into the FOIA RTS database and assigned a tracking number. The request is then processed by the ICE FOIA Office.

8.      I have queried the FOIA RTS database that tracks FOIA and Privacy Act requests received by ICE and have found no record of receiving a FOIA or Privacy Act request submitted by, or on behalf of, Plaintiff.

9.      The Privacy Office Tracking System (POTS) contains information on Privacy Office projects, including Privacy Act amendment requests.

10.     A search of POTS found no record of receiving a Privacy Act amendment request submitted by, or on behalf of, Plaintiff. No appeal under 6 C.F.R. § 5.26(c) and no statement of disagreement under 6 C.F.R. § 5.26 (d) has been found.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge and belief. Signed this 11th day of September 2012.

_____
Ryan Law, Deputy FOIA Officer
Freedom of Information Act Office
U.S. Department of Homeland Security
U.S. Immigration and Customs Enforcement
500 12th Street, S.W., MS 5009
Washington, DC 20536-5009