UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASDEV SINGH, | ) | |
| #64003-097, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:12-cv-00498-AWI-SKO |
| | ) | |
| UNITED STATES DEPARTMENT | ) | |
| OF HOMELAND SECURITY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## DECLARATION OF JOSHUA C. BILLINGS

I, the undersigned, Joshua C. Billings, do hereby make the following declaration, pertinent to the above-styled and numbered case:

1. I am currently employed as a Supervisory Attorney by Federal Bureau of Prisons (BOP) at the Consolidated Legal Center located at the Federal Correctional Complex in Yazoo City, Mississippi.

2. In my capacity as a Supervisory Attorney, I have access to BOP records kept in the regular course of business, including administrative remedy records maintained on federal inmates.

3. Included among my duties is the responsibility to assist various United States Attorneys' Offices in civil matters involving federal inmates.

4. Plaintiff, Jasdev Singh, Register Number 64003-097, is a federal inmate presently incarcerated at the Adams County Correctional Center in Natchez, Mississippi (ACCC). ACCC is a contractor-owned and operated facility. The Bureau of Prisons contracts with Corrections Corporation of America (CCA) to house federal inmates at ACCC.

5. Procedures have been established for federal inmates housed at ACCC to file administrative remedies regarding "BOP issues." *See* Attachment A, ACCC Inmate Handbook at p. 53. Issues that are related to an inmate's designation and security classification are considered to be core BOP functions and are therefore considered to be BOP issues. *Id.* at p. 54. Accordingly, an inmate housed at ACCC has the ability to grieve issues that concern a BOP decision.

6. A federal inmate at ACCC who wishes to pursue, and ultimately exhaust, the administrative remedy process on a BOP issue, must first address the grievance to the contractor using the local grievance procedures at ACCC. *Id.*

7. If the inmate is unsatisfied with the response of the contractor, the inmate may make an initial appeal to the BOP's Privatization Management Branch. *Id.* Administrative Remedy Form BP-230 is the form to be utilized to file an appeal to the Privatization

Management Branch. *Id.* This form is commonly referred to as a "BP-10" form. BOP policy mandates that all administrative remedy appeals must be filed on this form. *See* 28 C.F.R. § 542.14.

8.   If unsatisfied with the response of the Privatization Management Branch, an inmate may take a final appeal to the BOP's Office of General Counsel. *Id.* Appeal to the BOP's Office of General Counsel is the final step in the administrative remedy process. *Id.* Administrative Remedy Form BP-231 is the form to be utilized at the final level. *Id.* This form is commonly referred to as a "BP-11" form.

9.   The procedures outlined above have been made available to all federal inmates designated to ACCC.

10.  Plaintiff alleges that various federal officials have violated his rights under the Privacy Act. He claims that as a result of not properly maintaining or maintaining records erroneous records the Bureau of Prisons has added a Public Safety Factor to this classification, which has resulted in his designation to ACCC.

11.  I have personally reviewed Plaintiff's administrative remedy records. For the reasons explained below, he has not exhaust the available administrative remedy process with respect to his allegations in his complaint.

12.  I have reviewed the BOP's SENTRY computer database to see if Plaintiff has filed any appeals to the Privatization Management Branch or the Office of General Counsel. If an administrative remedy is appealed to either of these branches, the administrative remedy must be logged and tracked in the SENTRY computer database. Via this database, and a transaction called the Administrative Remedy Generalized Retrieval, I can review and track each and every BOP administrative remedy filed by Plaintiff.

13.  Attachment B is a true and correct copy of Petitioner's current Administrative Remedy Generalized Retrieval as maintained on the BOP's SENTRY computer database.

14.  The SENTRY database does not contain any administrative remedies records for Plaintiff. Accordingly, it is clear that Plaintiff has not filed an appeal with either the Privitization Management Branch or the Office of General Counsel, as required by BOP policy. As Plaintiff has not presented the issues raised in his complaint to the BOP for administrative review, he has failed to properly exhaust his administrative remedies in relation to his classification or designation within the BOP.

/
/
/
/
/
/
/
/

I declare, under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this 8th day of August, 2012

Joshua C. Billings
Supervisory Attorney
Federal Bureau of Prisons
Yazoo City, MS

# **ATTACHMENT A**

Adams County Correctional Center

Inmate Handbook

If a document is deemed to

contain information exempt from disclosure, any reasonable part of the record will be provided to the attorney after the deletion of the exempt portions.

**PROBLEM RESOLUTION**

**Inmate Request to a Staff Member:** An Inmate Request to a Staff Member Form is used to make a written request to a staff member. Any type of request can be made with this form. Inmate Request to Staff Forms may be obtained in the housing units from the Unit Officer or a member of the Unit Team.

In order to facilitate responses, you should submit both copies of the Inmate Request to Staff Form to the appropriate staff member. Staff members who receive an Inmate Request to Staff Form will normally answer the request within five (5) working days unless there are extenuating circumstances. You will get a copy of your Inmate Request to Staff Form with a response.

**Facility Grievance Procedures:** For CCA and BOP related grievances, inmates are asked to file one (1) issue per grievance in accordance with BOP Program Statement 1330.16, which states the following: The inmate shall place single complaint or a reasonable number of closely related issues on the grievance form. If the inmate includes, on a single form, a reasonable number of unrelated issues, the submission shall be rejected and returned without response, and the inmate shall be advised to use a separate form for each unrelated issue. Grievance procedures are available for review in the Library. All matters dealing with care and supervision are CCA matters and need to be addressed through the CCA grievance procedures. All matters dealing with BOP decisions will be addressed through the CCA procedure in conjunction with the BOP Administrative Remedy Process.

The first step of the CCA Grievance procedure is to attempt an informal resolution by completing the Informal Resolution Form 14-5A. This form is available from the Correctional Counselor or Case Manager. With exception of issues related to medical care and treatment, inmates are required to submit the 14-5A's through the facility mail or in person, to the appropriate Unit Staff. All 14-5A's related to medical care and treatment must be submitted the Medical Department's Health Services Administrator (HSA). The staff member assigned to complete the informal resolution process will conduct an initial meeting with the inmate to discuss the issue.

If the informal resolution process is unsuccessful in resolving the issue, the inmate may proceed to the formal grievance appeal process by submitting a Inmate/Resident Grievance Form 14-5B to the Grievance Officer within five (5) calendar days of the response date listed on the 14-5A. The inmate is to complete Page 1 of the 14-5B, place in a sealed envelope marked "Grievance" and place in the Grievance Box located across from the Dining Hall or give to a member of Unit Staff for delivery to the Grievance Officer.

In inmate is not satisfied with the response received from the 14-5B, the inmate may complete the appeal section of the 14-5B and resubmit to the Grievance Officer. The Grievance Officer must receive the appeal within five (5) calendar days of the date listed on the response date listed on the 14-5B appeal. The appeal will be forwarded to the Warden for final review and response. The Warden's response is considered final in appeals dealing with CCA issues. For issues relating to BOP matters, the inmate may continue the appeal process by submitting a Form BP 230 to the Privatization Management Branch followed by submittal of Form BP 231 to the Office of general Counsel.

**Appeal Procedures:** If you are dissatisfied with the decision of your CCA Formal Grievance Form (14-5A), you must submit an appeal to the Warden utilizing the same grievance form on which you received the decision from the Grievance Coordinator. Adams County Correctional Center Staff will provide BP-230 (BP-10) and BP-231 (BP-11) forms to inmates upon request even for complaints not normally considered BOP issues. Only after the exhaustion of the CCA Grievance Process with respect to a CCA-related issue will the BP-230 (BP-10) and BP-231 (BP-11) form be issued. However, inmates should be aware that complaints determined to be non-BOP issues may be

rejected and returned by the Bureau of Prisons Central Office.

**Sensitive Issues:** If you believe that an issue is sensitive, in that your safety or well-being would be placed in danger if the issue became known at the facility, you may request a CCA Formal Grievance Form from your Unit Counselor.  You will submit it directly to the Warden without accessing the informal process.  You must mark the request "sensitive" and submit in writing the reason for bypassing the normal process.

**Emergency Issues:** If you believe the subject matter of an issue is such that compliance with regular time frames would subject you to personal injury, you may specify in writing the need for the grievance to be considered an emergency grievance directly to the Warden, clearly marked "emergency."

**Grievances Regarding BOP Matters:**  The following is the procedure to file a grievance directly related to a Bureau of Prisons (BOP) matter.  Be advised that time limits outlined in the BOP Program Statement 1330.16 must be adhered to.

Issues that are BOP related are as follows: (1) classification, (2) designation, (3) sentence computation, (4) reduction in sentence, (5) removal or disallowance of good time, (6) decisions involving the taking of inmate property (Does not include confiscation of contraband), (7) issues directly involving BOP staff, and (8) issues arising while confined in a BOP facility.

- Inmates will address all complaints first to the contractor, using CCA/Adams County Correctional Center's grievance procedures, (i.e., the Informal Resolution Form 14-5A, Inmate Resident Grievance Form 14-5B to Grievance Officer and appeal to the Warden on Inmate Resident Grievance Form 14-5B)

- For issues considered BOP matter, Adams County Correctional Center will respond to the extent possible, and then the inmate will be advised to appeal to the BOP via a BP-230 (Regional Administrative Remedy Appeal) or BP-231 (Central Office Administrative Remedy Appeal), which Adams County Correctional Center Staff will provide to the inmate, along with mailing addresses.

- Adams County Correctional Center will provide BP-230 (BP-10) and BP-231 (BP-11) forms to inmates upon request even for complaints not normally considered BOP issues.  Only after the exhaustion of the CCA Grievance Process with respect to a CCA-related issue will the BP-230 (BP-10) or BP-231 (BP-11) form be issued.  However, inmates should be aware that complaints determined to be non-BOP issues may be rejected and returned by the Bureau of Prisons' Central Office.

- Inmates may include a copy of all previous responses received from Adams County Correctional Center Staff with their appeal to the BOP.

- Adams County Correctional Center will stock and provide BP-230 and BP-231 forms to inmates.  (*See a member of your Unit Team to obtain the form that is required, and be prepared to provide evidence that suggest that all necessary steps have been completed with respect to the issue of concern.*)

- Inmates are responsible for mailing BP-230s (formally BP-10) appeals to:

Administrator, Privatization Management Branch
Correctional Programs Division
Federal Bureau of Prisons
320 First St., NW
Washington, D.C. 20534

- Inmates are responsible for mailing BP-231s (formerly BP-11) appeals to:

  National Inmate Appeals Administrator
  Office of General Counsel
  Federal Bureau of Prisons
  320 First St., NW
  Washington, D.C. 20534

- The appeal to BOP (of Bureau issues only) on Form BP-230 (Regional Administrative Remedy Appeal) must be received by the Privatization Administrator within 30 days of the date of the Warden's final response.

- BOP issues that are denied by the Privatization Administrator may be appealed to the National Inmate Appeals Administrator by submitting form BP-231 (Central Office Administrative Remedy Appeal) within 30 days of the denial.

- Adams County Correctional Center will provide copies of receipts and/or extension notices to inmates.

- Appeals must confirm to the requirements set forth in the BOP's existing Administrative Remedy Program (e.g., one-issue rule, page limits, etc.) and the directions contained here, i.e., time-frames for filing, etc.  This Program Statement (1330.16) will be made available to inmates, and notifications will be made available in Spanish for Spanish-speaking inmates.  Appeals must also be submitted in English.

*All forms dealing with CCA grievance procedures and the BOP Administrative Remedy Procedure may be obtained from your Unit Correctional Counselor.*

*Complaints regarding* TORT *claims, inmate accident compensation, Freedom of Information and Privacy Act Requests and complaints on behalf of other inmates are not accepted under the Administrative Remedy Procedure.*

**Appeals of Disciplinary Actions:**

- For appeals arising as a result of decisions made by the Disciplinary Hearing Officer, inmates should address all complaints directly to the Privatization Management Branch within 30 days of the date the DHO Report is received by the inmate.

- For appeals arising as a result of a decisions made by Unit Disciplinary Committees, the appeal may begin by filing an  Inmate/Resident Grievance Form, 14-5B, directly to the Warden (within 20 days of the UDC's sanction).  A copy of the UDC Report is to be attached.  UDC appeals do not fall

  under the category of BOP-related issues.

Upon appeal, the following items will be considered:

- Whether or not the UDC or DHO substantially complied with the regulations on inmate discipline.
- Whether or not the UDC or DHO based their decisions on "some facts."
- Whether or not an appropriate sanction was imposed according to the severity level of the prohibited act.

The staff member who responds to the appeal may not be involved in the original disciplinary process in any way.  These staff members include UDC members, the DHO, the investigator, the reporting officer and the staff representative.

## DISCIPLINARY PROCEDURES

**Discipline:** Inmates confined at Adams County Correctional Center are subject to Program Statement 5270.07.  As an inmate of this facility, it is your responsibility to comply with all rules and regulations and not violate any prohibited acts.  Each inmate is responsible for maintaining good conduct, respecting staff and each other.

Violations of Bureau of Prisons rules and regulations are subject to an Administrative Fact Finding Hearing by the Unit Discipline Committee (UDC) and, for more serious violations, the Disciplinary Hearing

Officer (DHO).  A list of prohibited acts is contained in this section.

**Inmate Discipline Information:** If a staff member observes or believes he or she has evidence that you have committed a prohibited act, an incident report may be written; this is the first step in the disciplinary process. An incident report is written identifying the charge(s) against you.  The incident report will ordinarily be delivered to you within 24 hours of the time staff became aware of your involvement in the incident. **The writer of the incident report and the investigator may attempt an informal resolution except for prohibited acts in the greatest or high severity categories. If an informal resolution is accomplished, the incident report will be expunged and not pla**ced in your central file.  Informal resolution is encouraged by the Bureau of Prisons for all violations except those in the greatest severity category.  If an informal resolution is not accomplished, the incident report is forwarded to the UDC for an initial hearing.  Violations in the Greatest (100) series category **must** be forwarded to the Disciplinary Hearing Officer for final disposition.

**Initial Hearing:** You must ordinarily be given an initial hearing within three (3) work days from the time staff became aware of your involvement in the incident (excluding the day staff became aware of the incident, weekends and holidays). You are entitled to be present at the initial hearing.  You may make statements or present documentary evidence in your behalf.  The UDC must give its decision in writing to you by the close of business the next work day.  The UDC may extend the time limits of these procedures for good cause.  The Warden must approve any extension of more than five (5) days.  You will be provided with written reasons for any extension.  The UDC will either make final disposition of the incident or refer it to the DHO for final disposition.

**Disciplinary Hearing Officer:** The DHO conducts disciplinary hearings on serious violations.  The DHO may only act on a case that has been referred by the UDC.

You will be provided with advance written notice of the charges, not less than 24 hours prior to your appearance before the DHO.  **You may waive this requirement**.  If requested, you will be provided with a **full-time staff member** of your choice to **represent you**.  You may

make statements in your own defense and may produce documentary evidence.  You may present a list of witnesses and request their testimony at the hearing.  You may not question a witness at the hearing; the staff representative and/or the DHO will question any witness on your behalf.  You may submit a list of questions for the witness(es) to the DHO if you do not have a staff representative.  The DHO will request a statement from all unavailable witnesses whose testimony is deemed relevant**.**

You have the right to be present throughout the DHO hearing except during **deliberations**.  You may be excluded during appearances of outside witnesses or when **security could be jeopardized**.  The DHO may postpone or continue a hearing for good cause.  Reasons for the delay must be documented in the record of the hearing.  Final disposition is made by the DHO. The internal disciplinary system is outlined in detail in Program Statement 5270.07, available for reading in the Law Library.  The following is a list of your rights and responsibilities:

# **ATTACHMENT B**

SENTRY Report, Administrative
Remedy Generalized Retrieval (PR15)

```
   YAZQ0              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *          08-08-2012
PAGE 001 OF 001                                                             10:34:31
      FUNCTION: L-P SCOPE: REG  EQ 64003-097   OUTPUT FORMAT: FULL
 -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____  THRU _____  DT STS: FROM _____  THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
EXTENDED: _ REMEDY LEVEL: _ _            RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____    _____         _____        _____        _____
TRACK:  DEPT: _____    _____       _____       _____       _____
       PERSON: ____    ____         ____        ____        ____
         TYPE: ____    ____         ____        ____        ____
EVNT FACL: EQ _____    _____         _____        _____        _____
RCV FACL.: EQ _____    _____         _____        _____        _____
RCV UN/LC: EQ _____    _____       _____       _____       _____
RCV QTR..: EQ _____    _____       _____       _____       _____
ORIG FACL: EQ _____    _____         _____        _____        _____
ORG UN/LC: EQ _____    _____       _____       _____       _____
ORIG QTR.: EQ _____    _____       _____       _____       _____


   G5152      NO REMEDY DATA EXISTS FOR THIS INMATE
```