# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH, | CASE NO. 1:12-cv-00498-AWI-SKO |
| Plaintiff, | |
| v. | **SECOND INFORMATIONAL ORDER** |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| Defendant. | |
| _____/ | |

The parties to this litigation shall take note of the following requirements:

1. Unless otherwise ordered, all motions to dismiss, motions for summary judgment, motions concerning discovery, motions pursuant to Fed. R. Civ. P. 7, 11, 12, 15, 41, 55, 56, 59 and 60, and motions pursuant to the Local Rules of the United States District Court, Eastern District of California ("Local Rules"), Rule 110 shall be briefed pursuant to Local Rule 230.  Failure to oppose such a motion timely may be deemed a waiver of opposition to the motion.

2. Defendant has filed a motion to dismiss this action.  (Doc. 19.)  Plaintiff is advised of the right to oppose the motion in writing.  Written oppositions must be filed not more than 18 days, plus 3 days for mailing, after the date of service of the motion to dismiss.  Local Rule 230(*l*) provides that the failure to oppose a motion "may be deemed a waiver of any opposition to the granting of the motion . . . . "  This means that the Court may deem Plaintiff's failure to oppose a Defendant's motion to dismiss as a waiver, and may recommend that the motion be granted on that basis.

IT IS SO ORDERED.

**Dated:   December 12, 2012**             /s/ Sheila K. Oberto
                                           UNITED STATES MAGISTRATE JUDGE