# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASDEV SINGH, | Case No. 1:12-cv-00498-AWI-SKO |
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | (Docket No. 40) |
| Defendant. | |

Plaintiff, a prisoner proceeding in this action pro se and *in forma pauperis*, filed a First Amended Complaint ("FAC") on July 15, 2013. (Doc. 38.) On August 1, 2013, Defendant filed a motion to dismiss the FAC. (Doc. 39.) On August 19, 2013, Plaintiff filed a motion for an extension of time to September 23, 2013, to file an opposition to Defendant's pending motion to dismiss. (Doc. 40.) Plaintiff indicates that access to the law library has been restricted, and he will have inadequate time to prepare his opposition without an extension of the deadline.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time to file an opposition to Defendant's motion to dismiss is GRANTED; and

2. Plaintiff shall file an opposition brief on or before September 23, 2013.

IT IS SO ORDERED.

Dated:   **August 20, 2013**                             **/s/ Sheila K. Oberto**
                                                       UNITED STATES MAGISTRATE JUDGE